```
                                     United States Bankruptcy Court
                                     Eastern District of Tennessee
In re:                                                                                  Case No. 17-32445-SHB
Matthew Paul Sharon                                                                     Chapter 7
Sarah Elizabeth Sharon
         Debtors                              CERTIFICATE OF NOTICE
District/off: 0649-3             User: harpern                  Page 1 of 3                   Date Rcvd: Aug 08, 2017
                                 Form ID: 309A                  Total Noticed: 80


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2017.
db             +Matthew Paul Sharon,    3730 Eagles Vista Lane,    Knoxville, TN 37924-1056
11796541        Accounts Research Inc.,    PO Box 22782,    Knoxville, TN 37933-0782
11796543       +Ad Astra,    7330 W. 33rd Street N #118,    Wichita, KS 67205-9370
11796545       +Ally Financial,    2810 Southhampton Rd,    Philadelphia, PA 19154-1207
11796547        Anesthesia Medical Alliance,    501 20th Street,    Ste 606,    Knoxville, TN 37916-1863
11796548       +Barfish Emergency Phys,    PO Box 80015,    Philadelphia, PA 19101-1015
11796549       +Black & Benton,    4741 N Broadway,    Knoxville, TN 37918-1793
11796551       +Buffaloe & Vallejo,    44 Vantage Way,    Suite 500,    Nashville, TN 37228-1542
11796552       +Butler Animal Clinic,    7545 Oak Rdige Hwy,    Knoxville, TN 37931-3334
11796556        Convergent,    800 SW 39th Street,    Bellevue, WA 98005
11796557       +Dermatology Assoc.,    939 Emerald Ave,    St. 705,    Knoxville, TN 37917-4502
11796558       +Direct TV,    PO Box 5007,    Carol Stream, IL 60197-5007
11796560       +Diversified Consutants,    PO Box 1391,    Southgate, MI 48195-0391
11796561       +Dr. Tiffinie Evans,    5510 Wallwood Rd,    Knoxville, TN 37912-3442
11796563       +FAST,    PO Box 11567,    Knoxville, TN 37939-1567
11796564       +Fed Loan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
11796565       +First Heritage Credit,    5022 Clinton Hwy,    Knoxville, TN 37912-3838
11796566       +First Tennessee,    PO Box 84,    Memphis, TN 38101-0084
11796567       +Fort Sanders Regional,    1819 Clinch Ave,    Knoxville, TN 37916-2434
11796568       +Fountain City United Methodist Preschool,    212 Hotel Rd,    Knoxville, TN 37918-3226
11796569        Frost Arnett,    PO Box 498988,    Nashville, TN 37219-8988
11796570       +Geico Casualty,    725 Canton St,    Norwood, MA 02062-2679
11796571       +Gold's Gym,    4001 Maple Ave,    Suite 200,    Dallas, TX 75219-3249
11796573       +HH Gregg,    6741 Clinton Hwy,    Knoxville, TN 37912-1000
11796574       +Hiller Plumbing,    5507 Ball Camp Pike,    Knoxville, TN 37921-3249
11796576       +Hunley Turner,    PO Box 11567,    Knoxville, TN 37939-1567
11796577       +Hutton Hutton & Mays,    2931 Essary Dr,    Knoxville, TN 37918-2404
11796581       +Kevin Jones, Esq,    1801 8th Ave S,    #100,    Nashville, TN 37203-5038
11796583       +Knox County Public Library,    500 W Church Ave,    Knoxville, TN 37902-2505
11796584       +Knoxville Pediatric Dentistry,    10910 Kingston Pike,    Knoxville, TN 37934-2948
11796585       +Knoxville Red Light Photo Enforcement,    PO Box 71131,    Knoxville, TN 37938-1131
11796586       +Knoxville Wholesale Furniture,    410 N. Peters Rd,    Knoxville, TN 37922-2332
11796588      #+Lisa Ross Birth Center,    1925 Ailor Ave,    Knoxville, TN 37921-5804
11796591        North Knoxville Medical Center,    PO Box 79919,    Baltimore, MD 21279-0913
11796592       +Northland Group,    7831 Glenroy St,    Ste. 250,    Minneapolis, MN 55439-3117
11796593       +OB/Gyn Professionals,    9330 Park West Blvd,    #502,    Knoxville, TN 37923-4313
11796597       +PASI,    PO Box 68,    Brentwood, TN 37024-0068
11796598      #+Pathology Medical Assoc,    129 E Division Rd,    Oak Ridge, TN 37830-6907
11796599       +PayPal,    99 SW 39th St,    PO Box 9004,    Renton, WA 98057-9004
11796600       +Pediatric Dentistry,    340 Fuller Rd,    Albany, NY 12203-3647
11796601       +Pediatrix Med Group,    PO Box 120153,    Grand Rapids, MI 49528-0103
11796602       +Plains Regional Medical Center,    2100 N. MLK Blvd,    Clovis, NM 88101-9412
11796604       +Progressive Insurance,    6300 Wilson Mills Road,    Cleveland, OH 44143-2182
11796605       +Regional Finace,    PO Box 610,    #11,    Sauk Rapids, MN 56379-0610
11796606       +SNAP Diagnostics,    5210 Capitol Dr,    Wheeling, IL 60090-7901
11796607       +Sprint,    PO Box 629023,    El Dorado Hills, CA 95762-9023
11796608       +Stan Roden, Atty,    PO Box 50426,    Knoxville, TN 37950-0426
11796609        Summit Medical,    Department 888073,    Knoxville, TN 37995-8073
11796610       +Suntrust DDA Recovery,    PO Box 26150,    Richmond, VA 23260-6150
11796612       +Tricore Labs,    PO Box 27561,    Dept 30775,    Albuquerque, NM 87125-7561
11796897       +U.S. Dept of Justice,    Tax Division, CTS Eastern Reg,    PO Box 227,    Ben Franklin Station,
                 Washington, DC 20044-0227
11796615       +UT Medical Center,    PO Box 51388,    Knoxville, TN 37950-1388
11796613       +University Anesthesiologists,    PO Box 51947,    Knoxville, TN 37950-1947
11796616       +Vantage Finance,    4701 Clinton Hwy,    Knoxville, TN 37912-3935
11796617       +Vista Radiology,    PO Box 1512,    Knoxville, TN 37901-1512
11796618       +Wakefield & Associates,    PO Box 50250,    Knoxville, TN 37950-0250
11796619       +Waste Management,    700 Longwater Dr.,    Norwell, MA 02061-1624

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
jdb            +E-mail/PDF: sagira8967@gmail.com Aug 08 2017 20:32:05     Sarah Elizabeth Sharon,
                 3730 Eagles Vista Lane,    Knoxville, TN 37924-1056
aty             E-mail/Text: brentsnyder77@gmail.com Aug 08 2017 20:37:37      Brent S. Snyder,    Banks & Jones,
                 2125 Middlebrook Pike,    Knoxville, TN 37921
tr              EDI: QMHFITZPATRICK.COM Aug 08 2017 20:28:00      Michael H. Fitzpatrick,    800 S. Gay Street,
                 2121 First Tennessee Plaza,    Knoxville, TN 37929-9711
ust            +E-mail/Text: ustpregion08.kx.ecf@usdoj.gov Aug 08 2017 20:38:38      United States Trustee,
                 800 Market Street, Suite 114,    Howard H. Baker Jr. U.S. Courthouse,
                 Knoxville, TN 37902-2303
11796542        E-mail/Text: bknotices@conduent.com Aug 08 2017 20:39:09      ACS Education Services,
                 PO Box 7051,    Utica, NY 13504-7051
11796544        E-mail/Text: amscbankruptcy@adt.com Aug 08 2017 20:39:04      ADT Security,    PO Box 317490,
                 Pittsburgh, PA 15250-7490
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
11796546      +EDI: PHINAMERI.COM Aug 08 2017 20:28:00      Americredit,   801 Cherry Street, Ste. 3500,
               Fort Worth, TX 76102-6854
11796553      +EDI: CAPITALONE.COM Aug 08 2017 20:28:00     Capital One Bank,   PO Box 30285,
               Salt Lake City, UT 84130-0285
11796554      +EDI: CAPITALONE.COM Aug 08 2017 20:28:00     Capital One Bank,   1680 Capital One Drive,
               Mc Lean, VA 22102-3407
11796555      +E-mail/Text: bankruptcy@cavps.com Aug 08 2017 20:38:34      Cavalry Portfolio,
               500 Summit Lake Drive,    Valhalla, NY 10595-2322
11796559      +EDI: ESSL.COM Aug 08 2017 20:28:00    Dish Network,   9601 S. Meridian Blvd,
               Englewood, CO 80112-5905
11796562      +E-mail/Text: bknotice@erccollections.com Aug 08 2017 20:38:22      ERC,   8014 Bayberry Rd,
               Jacksonville, FL 32256-7412
11796575       EDI: HFC.COM Aug 08 2017 20:28:00     HSBC Card Services,   PO Box 5222,
               Carol Stream, IL 60197-5222
11796572       E-mail/Text: ssatterfield@hcrcvgrp.com Aug 08 2017 20:38:20      Health Care Receivable Group,
               PO Box 10168,    Knoxville, TN 37939-0168
11796578       EDI: IIC9.COM Aug 08 2017 20:28:00    I.C. Systems,   444 Highway 96 E,
               Saint Paul, MN 55127-2557
11796579      +EDI: IRS.COM Aug 08 2017 20:28:00     Internal Revenue Service,   P.O. Box 7346,
               Philadelphia, PA 19101-7346
11796590      +E-mail/Text: hroberts@nfc1billing.com Aug 08 2017 20:38:04      National Fitness Center,
               PO Box 5376,    Knoxville, TN 37928-0376
11796594      +E-mail/Text: bankruptcy@optimarecoveryservices.com Aug 08 2017 20:38:31
               Optima Recovery Services,   6215 Kingston Pike,   Ste. B,   Knoxville, TN 37919-4044
11796603       EDI: PRA.COM Aug 08 2017 20:28:00     Portfolio Recovery,   PO Box 12914,   Norfolk, VA 23541
11796595      +E-mail/Text: bkrnotice@prgmail.com Aug 08 2017 20:38:16      Paragon Revenue,
               216 Le Phillip Ct,    Concord, NC 28025-2954
11796596      +E-mail/Text: kbosbank@covhlth.com Aug 08 2017 20:38:03      Parkwest Medical Center,
               1410 Centerpoint Blvd.,    Bld. B Suite 401,   Knoxville, TN 37932-1985
11796614       EDI: USCELLULAR.COM Aug 08 2017 20:28:00      US Cellular,   8410 W. Bryn Mawr,   suite 700,
               Chicago, IL 60631-3486
11796620      +EDI: WFFC.COM Aug 08 2017 20:28:00     Wells Fargo Home Mortgage,   PO Box 14411,
               Des Moines, IA 50306-3411
                                                                                               TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11796580       JH Portfolio,   5757 Phantom Dr,   Suite 225
11796582       Kids Central Pediatrics,   575 Oak Ridge Turnpike,   TN 37838
11796589       Mountain Laurel Assurance,   725 Canton St,   MA 02006-2000
11796611       Thompson, Booth & Holbrook PC,   608 Mabry Hood Rd,   Suite 200,   GA 39923-2668
11796550     ##+Buffaloe & Associates,   201 4th Avenue North, Suite 1300,   Nashville, TN 37219-2090
11796587     ##+Lakewood Capital,   6914 Office Park Cir,   Knoxville, TN 37909-1161
                                                                                 TOTALS: 4, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2017 at the address(es) listed below:

              Brent S. Snyder    on behalf of Debtor Matthew Paul Sharon brentsnyder77@gmail.com
              Brent S. Snyder    on behalf of Joint Debtor Sarah Elizabeth Sharon brentsnyder77@gmail.com
              Michael H. Fitzpatrick    mfitzpatrick@ecf.epiqsystems.com, mhf@qcflaw.com
              United States Trustee    Ustpregion08.kx.ecf@usdoj.gov
                                                                                        TOTAL: 4

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Matthew Paul Sharon**<br>First Name  Middle Name  Last Name | Social Security number or ITIN | **xxx–xx–7073** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Sarah Elizabeth Sharon**<br>First Name  Middle Name  Last Name | Social Security number or ITIN | **xxx–xx–8644** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Tennessee** | Date case filed for chapter  **7**  **8/7/17** | |
| Case number: | **3:17–bk–32445–SHB** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records) at    https://ecf.tneb.uscourts.gov/.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Matthew Paul Sharon | Sarah Elizabeth Sharon |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3730 Eagles Vista Lane<br>Knoxville, TN 37924 | 3730 Eagles Vista Lane<br>Knoxville, TN 37924 |
| 4. | **Debtor's attorney**<br>Name and address | Brent S. Snyder<br>Banks & Jones<br>2125 Middlebrook Pike<br>Knoxville, TN 37921 | Contact phone (865)546–2141 |
| 5. | **Bankruptcy trustee**<br>Name and address | Michael H. Fitzpatrick<br>800 S. Gay Street<br>2121 First Tennessee Plaza<br>Knoxville, TN 37929–9711 | Contact phone (865) 524–1873 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| Debtor **Matthew Paul Sharon** and **Sarah Elizabeth Sharon** | | Case number **3:17–bk–32445–SHB** |

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://ecf.tneb.uscourts.gov/. | William T. Magill<br>Clerk of Court<br>United States Bankruptcy Court<br>Howard H. Baker Jr. U.S. Courthouse<br>Suite 330, 800 Market Street<br>Knoxville, TN 37902 | Hours open:<br>Monday – Friday 8:00 AM – 4:30 PM<br><br>Contact phone (865) 545–4279<br><br>Date: 8/8/17 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 12, 2017 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Bankruptcy Meeting Room, 1st Floor, Howard H. Baker Jr. U.S. Courthouse, 800 Market Street, Knoxville, TN 37902** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/13/17** |
| | | **Deadline to object to exemptions:**<br><br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors, or within 30 days after any amendment to the list of exemptions is filed, whichever is later (But see Federal Rule of Bankruptcy Procedure 1019(2)(B) for converted cases). |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br><br>However, secured creditors (creditors who have a security interest in the debtor(s)' property) must provide, prior to the meeting of creditors scheduled in line 7 above, proof to the bankruptcy trustee that their security interest has been perfected. Also, unless a written request for notice is filed at or before the meeting of creditors, the bankruptcy trustee may abandon property of the estate without further notice to creditors. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://ecf.tneb.uscourts.gov/. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |